SECOND DEPARTMENT, MARCH, 2001

(March 1, 2001)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHRISTOPHER MARENGO, on Behalf of FRED FRENCHMAN, Petitioner, v WESTCHESTER COUNTY DEPARTMENT OF CORRECTIONS, Respondent. [721 NYS2d 256] —Writ of habeas corpus in the nature of an application to reduce bail upon Westchester County Indictment No. 127/01.

Adjudged that the writ is sustained, without costs or disbursements, to the extent of reducing bail on Westchester County Indictment No. 127/01 to the sum of $500,000, which may be posted in the form of an insurance company bail bond in that sum or by depositing the same sum as a cash bail alternative. Bracken, Acting P. J., Santucci, S. Miller and Smith, JJ., concur.